Joseph England *v.* Elijah England.

## Jos. England *v.* Elijah England.

PARTNERSHIP. *And interest in profits received as compensation for the hire of property. Does not create the relation of partnership.* The owner of a still and tubs hired the same and received a certain part of the profits derived from their use as compensation. This did not constitute a partnership in the business, it was merely hiring for a speculative sum. It is competent for parties hiring or renting property to contract for speculative compensation.

### FROM WHITE.

Appeal from the Circuit Court. SAMUEL M. FITE, Judge.

E. L. GARDENHIRE for Elijah England.

H. C. SNODGRASS for Joseph England.

TURNEY, J., delivered the opinion of the Court.

It was error to charge the jury, " That if defendant, England, was to receive a certain percentage on the profits, or the amount of the business done for the use of his still and tubs, he would be as to third persons a partner, since the amount to be received would rise and fall with the amount of the profits or business." The case presented by this language is one of hiring. It is not necessary, as contemplated in the charge of his honor, taken as a whole, that the amount of hire or rent should be a certain fixed sum or amount; it is

competent for parties hiring or renting property, to con-
tract with a view to speculative compensation.    For
instance, a clerk in a store, a draftsman in a law office,
a druggist prescriptionist, may contract to do those
things within their respective spheres, for a percentage
on the income, the amount of capital invested or net
profits.

It is to-day of frequent, almost universal habit, for
land-owners to rent their farms for certain proportions
of crops in all these instances, the amount to be received
depends upon " rises and falls, with the amount of the
profits or business."    Still the intention of the parties
to such contracts never contemplates a partnership.    A
contrary rule would make four-fifths of the real estate
owners partners of their tenants without either having
even entertained such purpose.